MARICULTURE TECHNOLOGIES
INTERNATIONAL, INC.,
Plaintiff–Appellant,

v.

FARM SERVICE AGENCY, Secretary
of the U.S. Department of Agricul-
ture, Defendants–Appellees.

No. 11–13186

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 15, 2012.

David Wayne Glasser, Law Office of
David W. Glasser, Daytona Beach, FL, for
Plaintiff–Appellant.

Peter J. Sholl, U.S. Attorney's Office,
Tampa, FL, Ralph E. Hopkins, U.S. Attor-
ney's Office, Orlando, FL, Edward J. Tar-
ver, U.S. Attorney's Office, Savannah, GA,
for Defendant–Appellee.

Before TJOFLAT, JORDAN and
ANDERSON, Circuit Judges.

PER CURIAM:

In administrative proceedings before the
U.S. Department of Agriculture ("USDA"),
the National Appeals Division (of the
USDA) determined that Mariculture Tech-
nologies International, Inc., must refund
the federal crop disaster assistance pay-
ment it had received, $27,492, for business
losses due to hurricanes that struck Flori-
da in 1994. The refund was ordered be-
cause Mariculture failed to comply with
the requirement that it purchase Non-in-
sured Crop Disaster Assistance Program
("NAP") coverage for two years. Maricul-
ture brought this action in the District
Court as an appeal of that administrative
decision.

In an order entered on June 9, 2011, the
District Court, on the basis of the adminis-
trative record, granted the Secretary of
the USDA (and the Farm Service Agency)
judgment. The court concluded that the
refund decision was supported by substan-
tial evidence and was not arbitrary, capri-
cious or an abuse of discretion. Maricul-
ture appeals the District Court's judgment,
arguing that the District Court's findings
(in support of its judgment) are "clearly
erroneous." Appellant's Br. at 20, 27–29.
We find no merit in Mariculture's appeal,
for the reasons stated in the District
Court's June 9, 2011 order, and therefore
affirm.

AFFIRMED.